**DISMISS; and Opinion Filed August 13, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00961-CV

### TARA LAKES, Appellant
### V.
### WILLIAM COLEMAN, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-05593**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

The Court has before it appellant's motion to dismiss the appeal which states appellant no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130961F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TARA LAKES, Appellant

No. 05-13-00961-CV      V.

WILLIAM COLEMAN, Appellee

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-05593.
Opinion delivered by Justice O'Neill,
Justices Francis and Fillmore participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee William Coleman recover his costs of this appeal, if any, from appellant Tara Lakes.

Judgment entered this 13th day of August, 2013.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE